William E. Gaar, OSB No. 890464
weg@buckley-law.com
BUCKLEY LAW, P.C.
5300 Meadows Road, Ste. 200
Lake Oswego, OR 97035
Phone: 503-620-8900
Fax: 503-620-4878
*Of Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**IRICIA SPENCER-SANCHEZ, an individual,**

Plaintiff,

vs.

**CRESTVIEW OPERATIONS, LLC, a domestic limited liability company, doing business as AVAMERE CRESTVIEW OF PORTLAND,**

Defendant.

Case No.

**NOTICE OF REMOVAL**

**(PURSUANT TO 28 U.S.C. §§ 1331)**

Defendant Crestview Operations hereby gives notice that the action styled as *Iricia Spencer-Sanchez v. Crestview Operations, a domestic Limited Liability Company, dba. Avamere Crestview of Portland,* is removed from the Circuit Court of the State of Oregon

for the County of Multnomah to the United States District Court for the District of Oregon (Portland Division).

**GROUNDS FOR REMOVAL**

This Court has original jurisdiction of this action under federal question jurisdiction pursuant to 28 U.S.C. § 1331. This action may be removed to this Court pursuant to 28 U.S.C. § 1446 for the following reasons:

1. Plaintiff Iricia Spencer-Sanchez ("Plaintiff") filed a Complaint against Defendant Crestview Operations, LLC ("Defendant"), in the Circuit Court for the State of Oregon for the County of Multnomah on or about August 29, 2025, under cause number 25CV47986 (the "Complaint"). The Complaint alleges claims for Pregnancy Discrimination, Failure to Provide Reasonable Accommodations for Pregnancy, Wrongful Discharge, and Unpaid Final Wages.

2. Plaintiff alleges multiple violations of federal law in her Complaint. Specifically, alleges that Defendant's conduct violated 42 U.S.C. § 2000e *et seq*. (Title VII of the Civil Rights Act of 1964), including 42 U.S.C. § 2000e(k) (the Pregnancy Discrimination Act). Further, Plaintiff seeks punitive damages (pursuant to 42 U.S.C. § 1981a(b)(1)) and attorney's fees (pursuant to 42 U.S.C. § 2000e-5(k)) under federal law. Plaintiff also alleges general violations of Title VII in relation to her wrongful discharge claim.

3. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

**COMPLIANCE WITH REMOVAL PROCEDURES**

4. Plaintiff filed the Complaint and issued a Summons on August 29, 2025, and caused the Complaint to be served on Defendant on or around September 8th, 2025.


Buckley Law P.C.
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Telephone (503) 620-8900 ~ Facsimile (503) 620-4878

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within 30 days after Defendant was served with the Complaint setting forth the claim for relief upon which such action or proceeding is based.

6. As required by 28 U.S.C. § 1446(a), true and accurate copies of all processes, pleadings, and orders served upon Defendant are attached, collectively, as Exhibit 1.

7. This Notice of Removal is properly filed in this Court pursuant to 28 U.S.C. § 1446(a) as this Court is the District Court that embraces Multnomah County, Oregon, where Plaintiff's action is pending. 28 U.S.C. § 117.

8. As of the date of filing this removal, no further proceedings have been had in the Circuit Court of Multnomah County.

9. As required by 28 U.S.C. § 1446(d), Defendant will promptly file this Notice of Removal with the Clerk of the Circuit Court of Multnomah County and give written notice to Plaintiff.

10. In filing this Notice, Defendant does not waive any defenses or claims that Defendant may have, including, but not limited to any defenses based upon sufficiency of service and/or summons or statute of limitations.

**WHEREFORE,** Defendant Crestview Operations, LLC, removes the above-captioned action from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon (Portland Division).

DATED this 23rd day of September, 2025

BUCKLEY LAW, P.C.

By: s/ William E. Gaar

William E. Gaar, OSB No.: 890464
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Phone: 503-620-8900
Email: weg@buckley-law.com
Of Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendant's Notice of Removal on:

Iricia Spencer-Sanchez
Plaintiff, *Pro Se*
5114 NE 34th St. A5
Vancouver, WA 98661
Phone: 971-480-1289
Email: iriciaann47l@gmail.com

[X] by MAILING a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Lake Oswego, Oregon, on the date set forth below;

[ ] by causing a full, true and correct copy thereof to be HAND-DELIVERED to the party, at the address listed above on the date set forth below;

[ ] by FAXING a full, true and correct copy thereof to the party, at the fax number shown above, which is the last-known fax number for the party's office, on the date set forth below.

[x] by sending a full, true and correct copy thereof to the part via ELECTRONIC MAIL, to the email address set forth above on the date set forth below.

DATED this 23rd of September 2025.

BUCKLEY LAW, P.C.

By: _s/ William E. Gaar______________

William E. Gaar, OSB No. 890464
5300 Meadows Road, Suite 200
Lake Oswego, Oregon 97035
Phone: 503-620-8900
Email: weg@buckley-law.com